IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CIMC RAFFLES OFFSHORE (SINGAPORE) LIMITED AND YANTAI CIMC RAFFLES OFFSHORE LIMITED,<br><br>    Petitioners,<br><br>v.<br><br>SCHAHIN HOLDING S.A., SCHAHIN ENGENHARIA S.A., SEA BISCUIT INTERNATIONAL INC., BLACK GOLD DRILLING LLC, BAERFIELD DRILLING LLC AND SORATU DRILLING LLC,<br><br>    Respondents. | 13 CV 0052<br>_____ Civ. _____<br>ECF Case |

## DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of this Court to evaluate possible disqualification or recusal, the undersigned counsel certifies with respect to CIMC Raffles Offshore (Singapore) Limited, a private non-governmental party, its corporate parent is China International Marine Containers (Group) Ltd, and the following publicly held corporation holds 10% or more of CIMC Raffles Offshore (Singapore) Limited's stock: China International Marine Containers (Group) Ltd.

Dated: New York, New York
January 2, 2013

Respectfully submitted,
DEBEVOISE & PLIMPTON LLP

By: _____
David W. Rivkin
dwrivkin@debevoise.com
919 Third Avenue
New York, NY 10022
(212) 909-6000

*Attorneys for Petitioners*