**13 CV 0052**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CIMC RAFFLES OFFSHORE (SINGAPORE) LIMITED AND YANTAI CIMC RAFFLES OFFSHORE LIMITED, <br><br> Petitioners, <br><br> v. <br><br> SCHAHIN HOLDING S.A., SCHAHIN ENGENHARIA S.A., SEA BISCUIT INTERNATIONAL INC., BLACK GOLD DRILLING LLC, BAERFIELD DRILLING LLC AND SORATU DRILLING LLC, <br><br> Respondents. | \_\_\_\_ Civ. \_\_\_\_ ( \_\_\_ ) <br> ECF Case |

## DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of this Court to evaluate possible disqualification or recusal, the undersigned counsel certifies with respect to Yantai CIMC Raffles Offshore Limited, a private non-governmental party, and its corporate parents is CIMC Raffles Offshore (Singapore) Limited. CIMC Raffles Offshore (Singapore) Limited is a subsidiary of China International Marine Containers (Group) Ltd and the following publicly held corporation holds 10% or more of CIMC Raffles Offshore (Singapore) Limited stock's: China International Marine Containers (Group) Ltd.

Dated: New York, New York
       January 2, 2013

                              Respectfully submitted,
                              DEBEVOISE & PLIMPTON LLP

                              By: _____
                                  David W. Rivkin
                                  dwrivkin@debevoise.com
                                  919 Third Avenue
                                  New York, NY 10022
                                  (212) 909-6000

                              *Attorneys for Petitioners*