AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
### Southern District of New York

| | |
|---|---|
| CIMC RAFFLES OFFSHORE (SINGAPORE) LIMITED AND YANTAI CIMC RAFFLES OFFSHORE LIMITED <br><br> *Plaintiff(s)* <br> v. <br> SCHAHIN HOLDING S.A., SCHAHIN ENGENHARIA S.A., SEA BISCUIT INTERNATIONAL INC., BLACK GOLD DRILLING LLC, BAERFIELD DRILLING LLC AND SORATU DRILLING LLC <br><br> *Defendant(s)* | Civil Action No. <br><br> **13 Civ 0052 (JSR)** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Soratu Drilling LLC
Corporation Trust Center
1209 N. Orange St.
Wilmington DE  1
9801-1120

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
David W. Rivkin
919 Third Avenue
New York, New York
10022

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK

*CLERK OF COURT*

JAN 02 2013

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CIMC RAFFLES OFFSHORE (SINGAPORE) LIMITED AND YANTAI CIMC RAFFLES OFFSHORE LIMITED,<br><br>Petitioners,<br><br>v.<br><br>SCHAHIN HOLDINGS S.A., SCHAHIN ENGENHARIA S.A., SEA BISCUIT INTERNATIONAL INC., BLACK GOLD DRILLING LLC, BAERFIELD DRILLING LLC AND SORATU DRILLING LLC,<br><br>Respondents. | 13 CIV 0052 (JSR).<br><br>AFFIDAVIT OF SERVICE |

STATE OF DELAWARE )
                                        ss.:
COUNTY OF NEW CASTLE )

    Zachary Collins, being duly sworn, deposes and says that I am not a party to the action, am over eighteen (18) years of age, and I reside in Wilmington, Delaware.

    That on January 23, 2013, at 2:50 p.m. at 1209 Orange Street, Wilmington, Delaware 19801, I personally served a Summons, Petition to Confirm a Foreign Arbitration Award, Memorandum of Law in Support, Declaration of David W. Rivkin and exhibits, Judge Rakoff's Individual Rules, and the SDNY ECF Rules and Instructions upon Soratu Drilling LLC, c/o The Corporation Trust Company. Service was completed by giving the documents to a receptionist to verify the correct address of the defendant(s) and then deposited into a drop box specially designated by The Corporation Trust Company for acceptance of process. I was given the business card of Scott LaScala, Senior Regional Corporate Operations Manager with the time and date of service written on it. This is the standard procedure for service for The Corporation Trust Company.

                                                                          _____
                                                                           Zachary Collins

Sworn to before me this
25th day of January, 2013

_Dennis Schofield_
Dennis Schofield, Notary Public

DENNIS SCHOFIELD
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Nov. 3, 2015