IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CIMC RAFFLES OFFSHORE (SINGAPORE) LIMITED AND YANTAI CIMC RAFFLES OFFSHORE LIMITED,<br><br>    Petitioners,<br><br>v.<br><br>SCHAHIN HOLDING S.A., SCHAHIN ENGENHARIA S.A., SEA BISCUIT INTERNATIONAL INC., BLACK GOLD DRILLING LLC, BAERFIELD DRILLING LLC AND SORATU DRILLING LLC,<br><br>    Respondents. | 13 Civ. 0052 (JSR)<br>ECF Case<br><br> |

## ORDER

Whereas, on December 26, 2012, an arbitral tribunal rendered a final arbitration award ("Award") in favor of Petitioners CIMC Raffles Offshore (Singapore) Limited and Yantai CIMC Raffles Offshore Limited (collectively, "CIMC Raffles") and against Respondents.

Whereas, on January 2, 2013, CIMC Raffles filed the petition ("Petition") to confirm the Award and enter it as judgment.

Whereas, on January 23, 2013, Respondents Baerfield Drilling LLC ("BDL"), Soratu Drilling LLC ("SDL") and Black Gold Drilling LLC ("Black Gold") were properly served with the Petition and a Summons.

1

Whereas, on February 13, 2013, Respondents BDL, SDL and Black Gold failed to respond to the Petition and therefore do not oppose the Petition.

Whereas, CIMC Raffles has sufficiently supported the Petition and demonstrated that there is no question of material fact.

Whereas, without justification, BDL, SDL and Black Gold refused to abide by the arbitral tribunal's Award.

THEREFORE the Clerk of the Court is directed, with respect to Respondents BDL, SDL and Black Gold only, to:

1. Enter final judgment on the Award in the amount of US$46,094,027.32 in favor of CIMC Raffles and against BDL and Black Gold, jointly and severally;

2. Enter final judgment on the Award in the amount of US$23,376,750.09 in favor of CIMC Raffles and against SDL and Black Gold, jointly and severally;

3. Enter final judgment on the Award for post-award, pre-judgment interest of US$784,229.89 for the amount described in paragraph 1, in favor of CIMC Raffles and against BDL and Black Gold, jointly and severally;

4. Enter final judgment on the Award for post-award, pre-judgment interest of US$397,724.98 for the amount described in paragraph 2, in favor of CIMC Raffles and against SDL and Black Gold, jointly and severally;

5. Enter final judgment on the Award in the amount of US$13,206.28 in favor of CIMC Raffles and against BDL, SDL and Black Gold, jointly and severally;

6. Grant CIMC Raffles the cost of this application in the amount of US$350.00 and against BDL, SDL and Black Gold Drilling, jointly and severally;

7. Grant CIMC Raffles its attorney's fees and costs in the amount of US$69,582.68 and against BDL, SDL and Black Gold, jointly and severally; and

8. Grant CIMC Raffles post-judgment interest on all amounts owed from entry of judgment until payment in full, pursuant to 28 U.S.C. § 1961.

SO ORDERED:

Dated: New York, NY
March 11, 2013

_____
JED S. RAKOFF, U.S.D.J.