AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
### Southern District of New York

| | | |
|---|---|---|
| CIMC RAFFLES OFFSHORE (SINGAPORE) LIMITED AND YANTAI CIMC RAFFLES OFFSHORE LIMITED<br><br>*Plaintiff(s)*<br>v.<br>SCHAHIN HOLDING S.A., SCHAHIN ENGENHARIA S.A., SEA BISCUIT INTERNATIONAL INC., BLACK GOLD DRILLING LLC, BAERFIELD DRILLING LLC AND SORATU DRILLING LLC<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | 13 CV 0052<br><br>Civil Action No.<br><br>13 Civ. 0052 (JSR) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Schahin Engenharia S.A.
Rua Vergueiro, No. 2009, 5th floor
04101-905 – São Paulo – S.P. – Brazil


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   David W. Rivkin
919 Third Avenue
New York, New York
10022


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK

*CLERK OF COURT*

Date:  JAN 02 2013  _____
*Signature of Clerk or Deputy Clerk*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CIMC RAFFLES OFFSHORE (SINGAPORE) LIMITED AND YANTAI CIMC RAFFLES OFFSHORE LIMITED,<br><br>Petitioners,<br><br>v.<br><br>SCHAHIN HOLDING S.A., SCHAHIN ENGENHARIA S.A., SEA BISCUIT INTERNATIONAL INC., BLACK GOLD DRILLING LLC, BAERFIELD DRILLING LLC AND SORATU DRILLING LLC,<br><br>Respondents. | 13 Civ. 0052 (JSR)<br>ECF Case |

## CERTIFICATE OF SERVICE

I, Nwamaka Ejebe, employed by Debevoise & Plimpton LLP, attorneys for Petitioners herein, certify:

I am over eighteen (18) years of age. On the 15 day of March 2013, pursuant to the Order for Alternative Service on Foreign Respondents, signed on March 14, 2013, I caused to be served copies of the (1) Summons; (2) Petition to Confirm a Foreign Arbitration Award and for An Entry of Judgment; (3) Rule 7.1 Disclosure Statements; (4) Declaration of David W. Rivkin in Support of the Petition to Confirm with exhibits; (5) Memorandum of Law in Support of the Petition to Confirm; (6) Supplemental

Declaration of Nwamaka G. Ejebe in Support of the Petition to Confirm with exhibits; (7) Judge Rakoff's Individual Rules of Practice and (8) SDNY ECF Rules and Instructions to:

1. Schahin Holding S.A. and Schahin Engenharia S.A.:

    (a) By hand delivery to Mr. Paul Hessler and Mr. Michael Bassett at Linklaters LLP, 1345 Avenues of Americas 19th Floor, New York, NY 10105, accepted by Frank Garcia, a clerk at the copy center of Linklaters LLP;

    (b) By Federal Express to Rua Vergueiro, No. 2009, 9th Floor, 04101-905 - São Paulo - S.P. – Brazil, Attn: Salim Taufic Schahin and Milton Taufic Schahin; and Rua Vergueiro, No. 2009, 5th floor, 04101-905 - São Paulo - S.P. – Brazil, Attn: Mr. João Alves Meira Neto; and

    (c) By email to Salim Taufic Schahin (sschahin@schahin.com.br), Mr. João Alves Meira Neto (jmeira@schahin.com.br) and Fernando Schahin (fschahin@schahin.com.br);

2. Sea Biscuit International Inc. by hand delivery to Mr. Paul Hessler and Mr. Michael Bassett at Linklaters LLP, 1345 Avenues of Americas 19th Floor, New York, NY 10105, accepted by Frank Garcia, a clerk at the copy center of Linklaters LLP.

Pursuant to 28 U.S.C. § 1746, I certify under the penalty of perjury that the foregoing is true and correct.

Executed on March 18, 2013.

_____
Nwamaka Ejebe

2