UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CIMC RAFFLES OFFSHORE (SINGAPORE)
LIMITED AND YANTAI CIMC RAFFLES
OFFSHORE LIMITED,

                Petitioners,

-against-

SCHAHIN HOLDINGS S.A., SCHAHIN
ENGENHARJA S.A. SEA BISCUIT
INTERNATIONAL INC., BLACK GOLD
DRILLING LLC, BAERFIELD DRILLING
LLC AND SORATU DRILLING LLC,
                Respondents.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/19/13

13 **CIVIL** 0052 (JSR)

**JUDGMENT**

#13, 0558

       Whereas the above-captioned action having come before this Court, and the matter having come before the Honorable Jed S. Rakoff, United States District Judge, and the Court, on March 11, 2013, having rendered its Order directing the Clerk of the Court, with respect to Respondents Baerfield Drilling LLC ("BDL"), Soratu Drilling LLC ("SDL") and Black Gold Drilling LLC ("Black Gold") only, to: (1) Enter final judgment on the Award in the amount of US $46,094,027.32 in favor of CIMC Raffles Offshore (Singapore) Limited and Yantai CIMC Raffles Offshore Limited (collectively, "CIMC Raffles") and against BDL and Black Gold, jointly and severally; (2) Enter final judgment on the Award in the amount of US $23,376,750.09 in favor of CIMC Raffles and against SDL and Black Gold, jointly and severally; (3) Enter final judgment on the Award for post-award, pre-judgment interest of US $784,229.89 for the amount described in paragraph 1, in favor of CIMC Raffles and against BDL and Black Gold, jointly and severally; (4) Enter final judgment on the Award for post-award, pre-judgment interest of US $397,724.98 for the amount described in paragraph 2, in favor of CIMC Raffles and against SDL and Black Gold, jointly and severally; (5) Enter final judgment on the Award in the amount of US $13,206.28 in favor of CIMC

Raffles and against BDL, SDL and Black Gold, jointly and severally; (6) Grant CIMC Raffles the cost of this application in the amount of US $350.00 and against BDL, SDL and Black Gold Drilling, jointly and severally; (7) Grant CIMC Raffles its attorney's fees and costs in the amount of US $69,582.68 and against BDL SDL and Black Gold, jointly and severally; and (8) Grant CIMC Raffles post-judgment interest on all amounts owed from entry of judgment until payment in full, pursuant to 28 U.S.C. § 1961, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 11, 2013, Final Judgment, with respect to Respondents BDL, SDL, and Black Gold only is entered on the Award as follows: (1) in the amount of US $46,094,027.32 in favor of CIMC Raffles and against BDL and Black Gold, jointly and severally; (2) in the amount of US $23,376,750.09 in favor of CIMC Raffles and against SDL and Black Gold, jointly and severally; (3) for post-award, pre-judgment interest of US $784,229.89 for the amount described in paragraph 1, in favor of CIMC Raffles and against BDL and Black Gold, jointly and severally; (4) for post-award, pre-judgment interest of US $397,724.98 for the amount described in paragraph 2, in favor of CIMC Raffles and against SDL and Black Gold, jointly and severally; (5) in the amount of US $13,206.28 in favor of CIMC Raffles and against BDL, SDL and Black Gold, jointly and severally; (6) Granting CIMC Raffles the cost of this application in the amount of US $350.00 and against BDL, SDL and Black Gold Drilling, jointly and severally; (7) Granting CIMC Raffles its attorney's fees and costs in the amount of US $69,582.68 and against BDL SDL and Black Gold, jointly and severally; and (8) Granting CIMC Raffles post-judgment interest on all amounts owed from entry of judgment until payment in full, pursuant to 28 U.S.C. §1961.

Dated: New York, New York
March 19, 2013

**RUBY J. KRAJICK**

Clerk of Court

BY: _____

Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____