IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CIMC RAFFLES OFFSHORE (SINGAPORE) LIMITED, and YANTAI CIMC RAFFLES OFFSHORE LIMITED,<br><br>         Petitioners,<br><br>    - against -<br><br>SCHAHIN HOLDING S.A., SCHAHIN ENGENHARIA S.A., SEA BISCUIT INTERNATIONAL INC., BLACK GOLD DRILLING LLC, BAERFIELD DRILLING LLC, and SORATU DRILLING LLC,<br><br>         Respondents. | Civil Action No.: 1:13-cv-00052-JSR<br>ECF Case<br><br><br>Hon. Jed S. Rakoff |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record.

  I am admitted to practice in this Court, and I appear in this case as co-counsel for Petitioners CIMC Raffles Offshore (Singapore) Limited and Yantai CIMC Raffles Offshore Limited.

Dated: New York, New York
    April 8, 2013

                   SCHULMAN BLACKWELL LLP

                   By: _____
                     Dan J. Schulman
                     Christopher A. Blackwell
                   *Co-counsel for Petitioners*
                   *CIMC Raffles Offshore (Singapore) Limited*
                   *and Yantai CIMC Raffles Offshore Limited*

11 Broadway, Suite 615
New York, New York 10004
Tel:  (646) 688-5214
Fax:  (646) 304-1117
Email:  dschulman@schulmanblackwell.com