**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

—————————————————————————————

| | |
|---|---|
| CIMC RAFFLES OFFSHORE (SINGAPORE) LIMITED AND YANTAI CIMC RAFFLES OFFSHORE LIMITED, | ) )<br>)<br>)<br>) |
| Petitioners, | )<br>) |
| v. | )<br>) |
| SCHAHIN HOLDING S.A., SCHAHIN ENGENHARIA S.A., SEA BISCUIT INTERNATIONAL INC., BLACK GOLD DRILLING LLC, BAERFIELD DRILLING LLC AND SORATU DRILLING LLC, | )<br>)<br>)<br>)<br>)<br>) |
| Respondents. | )<br>) |

13 Civ. 0052 (JSR)
ECF Case

—————————————————————————————

**DECLARATION OF DAVID W. RIVKIN IN SUPPORT OF PETITIONERS'
MOTION FOR UNOPPOSED PETITION TO CONFIRM A FOREIGN
ARBITRATION AWARD AND FOR AN ENTRY OF JUDGMENT AGAINST
SCHAHIN HOLDING S.A., SCHAHIN ENGENHARIA S.A., AND SEA BISCUIT
INTERNATIONAL INC.**

I, David W. Rivkin, declare as follows:

1.        I am a member of the law firm of Debevoise & Plimpton LLP, counsel to CIMC Raffles Offshore (Singapore) Limited and Yantai CIMC Raffles Offshore Limited (collectively, "CIMC Raffles").  I am fully familiar with the facts and circumstances underlying this action based on personal knowledge and a review of the files in my possession.

2.        I submit this declaration in support of CIMC Raffles' Motion for an Unopposed Petition to Confirm a Foreign Arbitration Award and for an Entry of

Judgment against Schahin Holding S.A. ("Schahin Holding"), Schahin Engenharia S.A. ("Schahin Engenharia"), and Sea Biscuit International Inc. ("Sea Biscuit").

3.     On March 15, 2013, Schahin Holding, Schahin Engenharia and Sea Biscuit were served with the Summons, Petition and supporting documents, this Court's Individual Practices and ECF Rules.  A copy of the Summons and Proof of Service for each Respondent is attached hereto as Exhibit 1.

4.     In accordance with the Court's Alternative Service Order of March 14, 2013, CIMC Raffles delivered two packages containing Schahin Holding and Schahin Engenharia's Summonses and the Petition via Federal Express on March 15, 2013.  One package was addressed to Respondents directors' Salim Taufic Schahin and Milton Taufic Schahin, and the other was addressed to the head of Schahin Engenharia's legal department, Mr. João Alves Meira Neto.

5.     After taking receipt of the package addressed to Messrs. Schahin, Federal Express lost it.  A copy of the letter from Jon Baratti, an employee of FedEx's Customer Relations Department, explaining the incident is attached hereto as Exhibit 2.

6.     Packages addressed to Mr. Neto and Messrs. Schahin were eventually delivered to their intended addresses on March 19 and March 26, respectively, but Respondents refused to take possession of them.  Copies of proof of delivery for both packages are attached hereto as Exhibit 3.

7.     The Arbitral Tribunal awarded interest at a rate of 9% per annum on the amounts owed by Respondents.  As of April 9, 2013, the interest on the amount of US$69,470,777.41 owed, jointly and severally, by Schahin Holding, Schahin Engenharia, and Sea Biscuit will be US $1,678,718.51.

8.      The filing fee for this application was US$350.

9.      I am personally familiar with the legal services performed by Debevoise on behalf of CIMC Raffles from January 1, 2013 through the filing of this Declaration. Debevoise is an international law firm that provides a diverse range of sophisticated legal services.  Debevoise's policy requires all attorneys to record on a daily basis the time spent in performing services, a description of those services, and the internal client and matter number assigned to the matter on which services are performed.

10.     During the period from December 19, 2012 through March 6, 2013, lawyers and the legal support staff at Debevoise recorded 122.35 hours working on the Petition against Schahin Holding, Schahin Engenharia, and Sea Biscuit, for total fees of US$65,688.75.  We spent this time, drafting, editing, filing and serving the Petition and its supporting papers, conferring by telephone and email with Respondents' counsel, Paul Hessler, regarding service and calls to Chambers, attending the Court conference, drafting, editing, filing and serving the Unopposed Petition motion papers, corresponding with the Court, conferring with our client, and generally overseeing the work on this matter.

11.     Additionally, CIMC Raffles incurred costs of US$3,893.93 from mailings, copying, LEXIS, Westlaw and document retrieval services

12.     In total, CIMC Raffles' total fees and costs attributed to Schahin Holding, Schahin Engenharia, and Sea Biscuit for this matter is US$69,582.68.

23851931v02

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 9, 2013.

/s/ David W. Rivkin
David W. Rivkin

23851931v02

# Exhibit 1

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

### Southern District of New York

| | |
|---|---|
| CIMC RAFFLES OFFSHORE (SINGAPORE) LIMITED AND YANTAI CIMC RAFFLES OFFSHORE LIMITED | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) |
| SCHAHIN HOLDING S.A., SCHAHIN ENGENHARIA S.A., SEA BISCUIT INTERNATIONAL INC., BLACK GOLD DRILLING LLC, BAERFIELD DRILLING LLC AND SORATU DRILLING LLC | ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.

**13 CV 0052**

**13 Civ.0052  (JSR)**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   SCHAHIN HOLDING S.A.
Rua Vergueiro, No. 2009, 9th floor
04101-905 – São Paulo – S.P. – Brazil

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
David W. Rivkin
919 Third Avenue
New York, New York
10022

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK

*CLERK OF COURT*

Date:   JAN 02 2013

_____
*Signature of Clerk or Deputy Clerk*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| CIMC RAFFLES OFFSHORE (SINGAPORE) LIMITED AND YANTAI CIMC RAFFLES OFFSHORE LIMITED, | ) ) ) ) | |
| Petitioners, | ) ) ) | 13 Civ. 0052 (JSR) ECF Case |
| v. | ) ) ) | |
| SCHAHIN HOLDING S.A., SCHAHIN ENGENHARIA S.A., SEA BISCUIT INTERNATIONAL INC., BLACK GOLD DRILLING LLC, BAERFIELD DRILLING LLC AND SORATU DRILLING LLC, | ) ) ) ) ) ) | |
| Respondents. | ) ) | |

## CERTIFICATE OF SERVICE

I, Nwamaka Ejebe, employed by Debevoise & Plimpton LLP, attorneys for Petitioners herein, certify:

I am over eighteen (18) years of age. On the 15 day of March 2013, pursuant to the Order for Alternative Service on Foreign Respondents, signed on March 14, 2013, I caused to be served copies of the (1) Summons; (2) Petition to Confirm a Foreign Arbitration Award and for An Entry of Judgment; (3) Rule 7.1 Disclosure Statements; (4) Declaration of David W. Rivkin in Support of the Petition to Confirm with exhibits; (5) Memorandum of Law in Support of the Petition to Confirm; (6) Supplemental

Declaration of Nwamaka G. Ejebe in Support of the Petition to Confirm with exhibits; (7)

Judge Rakoff's Individual Rules of Practice and (8) SDNY ECF Rules and Instructions

to:

1.    Schahin Holding S.A. and Schahin Engenharia S.A.:

     **(a)**   By hand delivery to Mr. Paul Hessler and Mr. Michael Bassett at Linklaters LLP, 1345 Avenues of Americas 19th Floor, New York, NY 10105, accepted by Frank Garcia, a clerk at the copy center of Linklaters LLP;

     **(b)**   By Federal Express to Rua Vergueiro, No. 2009, 9th Floor, 04101-905 - São Paulo - S.P. – Brazil, Attn: Salim Taufic Schahin and Milton Taufic Schahin; and Rua Vergueiro, No. 2009, 5th floor, 04101-905 - São Paulo - S.P. – Brazil, Attn: Mr. João Alves Meira Neto; and

     **(c)**   By email to Salim Taufic Schahin (sschahin@schahin.com.br), Mr. João Alves Meira Neto (jmeira@schahin.com.br) and Fernando Schahin (fschahin@schahin.com.br);

2.    Sea Biscuit International Inc. by hand delivery to Mr. Paul Hessler and Mr. Michael Bassett at Linklaters LLP, 1345 Avenues of Americas 19th Floor, New York, NY 10105, accepted by Frank Garcia, a clerk at the copy center of Linklaters LLP.

       Pursuant to 28 U.S.C. § 1746, I certify under the penalty of perjury that the

foregoing is true and correct.

       Executed on March 18, 2013.

                                      Nwamaka Ejebe

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of New York

| | |
|---|---|
| CIMC RAFFLES OFFSHORE (SINGAPORE) LIMITED AND YANTAI CIMC RAFFLES OFFSHORE LIMITED | ) ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) ) |
| SCHAHIN HOLDING S.A., SCHAHIN ENGENHARIA S.A., SEA BISCUIT INTERNATIONAL INC., BLACK GOLD DRILLING LLC, BAERFIELD DRILLING LLC AND SORATU DRILLING LLC | ) ) ) ) ) |
| *Defendant(s)* | ) |

## 13 CV 0052

Civil Action No.

13 Civ. 0052 (JSR)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Schahin Engenharia S.A.
Rua Vergueiro, No. 2009, 5th floor
04101-905 – São Paulo – S.P. – Brazil

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

David W. Rivkin
919 Third Avenue
New York, New York
10022

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK

*CLERK OF COURT*

Date:  JAN 0 2 2013

_____
*Signature of Clerk or Deputy Clerk*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CIMC RAFFLES OFFSHORE (SINGAPORE) LIMITED AND YANTAI CIMC RAFFLES OFFSHORE LIMITED, <br><br> Petitioners, <br><br> v. <br><br> SCHAHIN HOLDING S.A., SCHAHIN ENGENHARIA S.A., SEA BISCUIT INTERNATIONAL INC., BLACK GOLD DRILLING LLC, BAERFIELD DRILLING LLC AND SORATU DRILLING LLC, <br><br> Respondents. | 13 Civ. 0052 (JSR) <br> ECF Case |

## CERTIFICATE OF SERVICE

I, Nwamaka Ejebe, employed by Debevoise & Plimpton LLP, attorneys for Petitioners herein, certify:

I am over eighteen (18) years of age.  On the 15 day of March 2013, pursuant to the Order for Alternative Service on Foreign Respondents, signed on March 14, 2013, I caused to be served copies of the (1) Summons; (2) Petition to Confirm a Foreign Arbitration Award and for An Entry of Judgment; (3) Rule 7.1 Disclosure Statements; (4) Declaration of David W. Rivkin in Support of the Petition to Confirm with exhibits; (5) Memorandum of Law in Support of the Petition to Confirm; (6) Supplemental

Declaration of Nwamaka G. Ejebe in Support of the Petition to Confirm with exhibits; (7)

Judge Rakoff's Individual Rules of Practice and (8) SDNY ECF Rules and Instructions

to:

1.  Schahin Holding S.A. and Schahin Engenharia S.A.:

    (a)  By hand delivery to Mr. Paul Hessler and Mr. Michael Bassett at Linklaters LLP, 1345 Avenues of Americas 19th Floor, New York, NY 10105, accepted by Frank Garcia, a clerk at the copy center of Linklaters LLP;

    (b)  By Federal Express to Rua Vergueiro, No. 2009, 9th Floor, 04101-905 - São Paulo - S.P. – Brazil, Attn: Salim Taufic Schahin and Milton Taufic Schahin; and Rua Vergueiro, No. 2009, 5th floor, 04101-905 - São Paulo - S.P. – Brazil, Attn: Mr. João Alves Meira Neto; and

    (c)  By email to Salim Taufic Schahin (sschahin@schahin.com.br), Mr. João Alves Meira Neto (jmeira@schahin.com.br) and Fernando Schahin (fschahin@schahin.com.br);

2.  Sea Biscuit International Inc. by hand delivery to Mr. Paul Hessler and Mr. Michael Bassett at Linklaters LLP, 1345 Avenues of Americas 19th Floor, New York, NY 10105, accepted by Frank Garcia, a clerk at the copy center of Linklaters LLP.

Pursuant to 28 U.S.C. § 1746, I certify under the penalty of perjury that the

foregoing is true and correct.

Executed on March 18, 2013.

_____
Nwamaka Ejebe

2

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## Southern District of New York

| | |
|---|---|
| CIMC RAFFLES OFFSHORE (SINGAPORE) LIMITED AND YANTAI CIMC RAFFLES OFFSHORE LIMITED | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) ) |
| SCHAHIN HOLDING S.A., SCHAHIN ENGENHARIA S.A., SEA BISCUIT INTERNATIONAL INC., BLACK GOLD DRILLING LLC, BAERFIELD DRILLING LLC AND SORATU DRILLING LLC | ) ) ) ) ) |
| *Defendant(s)* | ) |

## 13 CV 0052

Civil Action No.

13 Civ. 0052 (JSR)

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Sea Biscuit International Inc.
Marcy Building 2nd Floor
Purcell Estate Po Box 2416
Road Town, Tortola
British Virgin Islands

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    David W. Rivkin
919 Third Avenue
New York, New York
10022

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK

*CLERK OF COURT*

Date:   JAN 0 2 2013                                    _____
                                                        *Signature of Clerk or Deputy Clerk*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CIMC RAFFLES OFFSHORE (SINGAPORE) LIMITED AND YANTAI CIMC RAFFLES OFFSHORE LIMITED,<br><br>      Petitioners,<br><br>      v.<br><br>SCHAHIN HOLDING S.A., SCHAHIN ENGENHARIA S.A., SEA BISCUIT INTERNATIONAL INC., BLACK GOLD DRILLING LLC, BAERFIELD DRILLING LLC AND SORATU DRILLING LLC,<br><br>      Respondents. | 13 Civ. 0052 (JSR)<br>ECF Case |

CERTIFICATE OF SERVICE

I, Nwamaka Ejebe, employed by Debevoise & Plimpton LLP, attorneys for

Petitioners herein, certify:

I am over eighteen (18) years of age.  On the 15 day of March 2013, pursuant to

the Order for Alternative Service on Foreign Respondents, signed on March 14, 2013, I

caused to be served copies of the (1) Summons; (2) Petition to Confirm a Foreign

Arbitration Award and for An Entry of Judgment; (3) Rule 7.1 Disclosure Statements; (4)

Declaration of David W. Rivkin in Support of the Petition to Confirm with exhibits; (5)

Memorandum of Law in Support of the Petition to Confirm; (6) Supplemental

Declaration of Nwamaka G. Ejebe in Support of the Petition to Confirm with exhibits; (7)

Judge Rakoff's Individual Rules of Practice and (8) SDNY ECF Rules and Instructions

to:

1.      Schahin Holding S.A. and Schahin Engenharia S.A.:

    (a)    By hand delivery to Mr. Paul Hessler and Mr. Michael
           Bassett at Linklaters LLP, 1345 Avenues of Americas 19th
           Floor, New York, NY 10105, accepted by Frank Garcia, a
           clerk at the copy center of Linklaters LLP;

    (b)    By Federal Express to Rua Vergueiro, No. 2009, 9th Floor,
           04101-905 - São Paulo - S.P. – Brazil, Attn: Salim Taufic
           Schahin and Milton Taufic Schahin; and Rua Vergueiro,
           No. 2009, 5th floor, 04101-905 - São Paulo - S.P. – Brazil,
           Attn: Mr. João Alves Meira Neto; and

    (c)    By email to Salim Taufic Schahin
           (sschahin@schahin.com.br), Mr. João Alves Meira Neto
           (jmeira@schahin.com.br) and Fernando Schahin
           (fschahin@schahin.com.br);

2.      Sea Biscuit International Inc. by hand delivery to Mr. Paul Hessler
        and Mr. Michael Bassett at Linklaters LLP, 1345 Avenues of
        Americas 19th Floor, New York, NY 10105, accepted by Frank
        Garcia, a clerk at the copy center of Linklaters LLP.


        Pursuant to 28 U.S.C. § 1746, I certify under the penalty of perjury that the

foregoing is true and correct.

        Executed on March 18, 2013.


                                        _____
                                        Nwamaka Ejebe

2

# Exhibit 2

3875 Airways Boulevard
Memphis, TN 38116-4634
Telephone 800.463.3339
Fax 901.332.8283



April 5, 2013

Mr. Juan Gaud
Debevoise & Plimpton, LLP
919 3rd Avenue
New York, NY 10022

Dear Mr. Gaud:

The problem encountered with your March 15, 2013, shipment to Schahin Holding S.A., in Sao Paulo, Brazil, on package tracking number 898437975594 has been brought to my attention. A trace has been initiated on the shipment under control number 0319849146 and is currently ongoing. Thus far, all attempts made by our tracing representatives to locate the shipment have been unsuccessful. They will continue to research the matter and will keep you informed of their progress.

On behalf of FedEx, I sincerely apologize for this unfortunate incident. This is not a normal occurrence, and I assure you this is not, in any way, reflective of our high standards. We are certainly aware that our customers expect only the best possible service, and we are concerned that we failed to meet your expectations. Arrangements have been made, of course, to delete the shipping charges for this shipment, and all pertinent information will be forwarded to our Claims Department for further review, if necessary, after the trace has been properly researched and completed. Should you need to contact us regarding this shipment, please call our toll-free International customer service number, 1-800-247-4747, and a FedEx Customer Service Representative will be happy to assist you.

Again, on behalf of FedEx, I wish to extend my deepest apologies for the difficulties caused over this incident, but trust that our future efforts will prove to be more favorable.

Respectfully,

Jon Baratti
Customer Relations Department

jb/539075

cc: nejebe@debevoise.com, maildepartment@debevoise.com

# Exhibit 3

RETAIN THIS COPY FOR YOUR RECORDS.

08/11

**FedEx** ® Express

**International Air Waybill**
For FedEx services worldwide.

**Sender's Copy**

**1 From** Please print and press hard.

Date 03/6/13

Sender's FedEx Account Number 1100-3394-2

Sender's Name David Rivkin, Esq.

Phone 212 909-6222

Company DEBEVOISE & PLIMPTON LLP

Address 919 3RD AVE

City NEW YORK   State/Province NY

Country US   ZIP/Postal Code 10023910

**2 To**

Recipient's Name Mr. João Alves Meira Neto   Phone 55 11552 6 8074

Company Schahin Engenharia S.A.

Address Rua Verqueiro No. 2009, 5th floor.
Legal Department

City São Paulo - S.P.   State/Province

Country Brazil   ZIP/Postal Code 04101-905

Recipient's Tax/ID Number for Customs Purposes
e.g., GST/RFC/VAT/EIN/SSN/ABN, or is locally required.

**3 Shipment Information**

Total Packages 1   Total Weight 3   ☑ lbs. ☐ kg   ☐ DIM   _____ in. ☐ cm

| Commodity Description | Harmonized Code | Country of Manufacture | Value for Customs |
|---|---|---|---|
| Legal Document | | USA | USA 1.00 |
| | | | |
| | | | |

Total Declared Value for Customs USA 1.00
Total Declared Value for Carriage

Has EEI been filed in AES?
☐ No EEI required, value \$2,500 or less per Sch. B Number. ☐ No license required (NLR) not subject to ITAR.
☐ No EEI required, name exemption number. ☐ If other than NLR, enter License Exception:
☐ Yes — Enter AES proof of filing citation:

**4 Express Package Service**

☑ FedEx Int'l. Priority   ☐ FedEx Int'l. First
☐ FedEx Int'l. Economy
FedEx Envelope and FedEx Pak not available.

Packages up to 150 lbs./68 kg
For packages over 150 lbs./68 kg, use the FedEx Expedited Service and Air Waybill.

**5 Packaging**

☐ FedEx Envelope   ☐ FedEx Pak   ☑ FedEx Box   ☐ FedEx Tube
☐ Other   ☐ FedEx 10kg Box*   ☐ FedEx 25kg Box*

*These unique brown boxes with special pricing are provided by FedEx for FedEx Int'l. Priority only.

**6 Special Handling**

☐ HOLD at FedEx Location   ☐ SATURDAY Delivery
Available to select locations for FedEx Int'l. Priority only.

**7 Payment** Bill transportation charges to:

Complete payment options for both transportation charges and duties and taxes.

☑ Sender Acct. No. in Section 1 will be billed.   ☐ Recipient   ☐ Third Party   ☐ Credit Card   ☐ Cash/Check/Cheque FedEx Use Only

Credit Card No.

Bill duties and taxes to:  All shipments may be subject to Customs charges, which FedEx does not estimate prior to clearance.

☑ Sender Acct. No. in Section 1 will be billed.   ☐ Recipient   ☐ Third Party

FedEx Acct. No.

**8 Your Internal Billing Reference** First 24 characters will appear on invoice.

043500-1001

**9 Required Signature**

Use of this Air Waybill constitutes your agreement to the Conditions of Contract on the back of this Air Waybill, and you represent that this shipment does not require a U.S. State Department License or contain dangerous goods. Certain international treaties, including the Warsaw Convention, may apply to this shipment and limit our liability for damage, loss, or delay, as described in the Conditions of Contract. WARNING: These commodities, technology or software were exported from the United States in accordance with Export Administration Regulations. Diversion contrary to U.S. law prohibited.

Sender's Signature
This is your authorization to deliver this shipment without a recipient signature.

For Completion Instructions, see back of fifth page.

FedEx Tracking Number 8984 3797 5610

**Ship and track packages at fedex.com**

Questions? Go to our Web site at fedex.com.
In the U.S., call 1.800.GoFedEx 1.800.463.3339. Outside the U.S., call your local FedEx office.

The terms and conditions of service may vary from country to country. Consult our local office for specific information. Non-Negotiable International Air Waybill © 1994–2008 FedEx

Form ID No. 0402

568

PART 158904Rev. Date 11/08 ©1994–2008 FedEx PRINTED IN U.S.A. IHKA

Net all services and options are available to all destinations. Dangerous goods cannot be shipped using this Air Waybill.



**FedEx.**

898437975610

| Ship (P/U) date : | | Estimated delivery : |
| --- | --- | --- |
| **Fri 3/15/2013 9:00 pm** | **In transit** | **N/A** |
| NEW YORK, NY  US | At FedEx destination facility | SAO PAULO  BR |
| | *SAO PAULO, SP* | |

## Travel History

| Date/Time | Activity | Location |
| --- | --- | --- |
| **− 3/21/2013  - Thursday** | | |
| 1:14 am | At local FedEx facility | SAO PAULO BR |
| **− 3/20/2013  - Wednesday** | | |
| 1:15 am | At local FedEx facility | SAO PAULO BR |
| **− 3/19/2013  - Tuesday** | | |
| 3:33 pm | Delivery exception | SAO PAULO BR |
| | Refused by recipient | |
| 8:16 am | At local FedEx facility | SAO PAULO BR |
| 7:50 am | On FedEx vehicle for delivery | SAO PAULO BR |
| 7:22 am | At local FedEx facility | SAO PAULO BR |
| 1:01 am | In transit | CAMPINAS BR |
| **− 3/18/2013  - Monday** | | |
| 9:25 pm | In transit | CAMPINAS BR |
| | Package available for clearance | |
| 5:39 pm | In transit | CAMPINAS BR |
| 2:26 pm | At destination sort facility | CAMPINAS BR |

## Williams, Darevia

**From:** trackingupdates@fedex.com
**Sent:** Tuesday, March 26, 2013 2:22 PM
**To:** Ejebe, Nwamaka
**Subject:** FedEx Delivery Exception

---

This tracking update has been requested by:

Name:                          debevoise mail dept
E-mail:                        maildepartment@debevoise.com
                               Salim & Milton Taufic Schahin
                               Schahin Holding S.A. Rua
Message:                       Vergueiro ,No.2009, 9th Floor
                               Sao Paulo SP 04101-905 Brazil

---

FedEx attempted, but was unable to complete delivery of the following shipment:

Reference:                     24322.1001.nejebe

Ship (P/U) date:               Mar 22, 2013

Estimated delivery:            Mar 26, 2013

Service type:                  FedEx International Priority

Packaging type:                FedEx Box

Number of pieces:              1

Weight:                        5.00 lb.

Special handling/Services:     Deliver Weekday

Tracking number:               799351601121


Reason Delivery Not Completed        Recommended Action

1. Refused by recipient              Call Shipper/Recipient to resolve
                                     problem, then contact us to advise
                                     FedEx of needed action.

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 1:21 PM CDT on 03/26/2013.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

Estimated Delivery displayed above is not valid for Money-Back Guarantee or delay claim purposes. Shipments delayed because of Customs or other regulatory delays are not subject to refund or credit under FedEx Money-Back Guarantee Policy. Please see FedEx Service Guide for terms and conditions of service, including FedEx Money-Back Guarantee. For more information, please contact your FedEx Customer Support representative.

To track the latest status of your shipment, click on the tracking number

1

above, or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the Requestor noted above. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update. For tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.

Case 1:13-cv-00052-JSR   Document 31   Filed 04/09/13   Page 22 of 22

 **Print page** | **Close** ⊗



## Detailed Results

| Tracking no.: 799351601121 | Select time format: **12H** |
|---|---|

| **In transit** | **Delivery exception**<br>SAO PAULO BR |
|---|---|

| Shipment Dates | Destination |
|---|---|
| Ship date   Mar 22, 2013 | SAO PAULO BR |

### Shipment Facts

| Service type | Priority Box | Reference | 24322.1001.nejebe |
|---|---|---|---|
| Weight | 5.0 lbs/2.3 kg | | |

### Shipment Travel History

Select time zone: Local Scan Time

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Apr 4, 2013 11:11 AM | **Returning package to shipper** | SAO PAULO BR | Returning package to shipper: 8020548699970 |
| Apr 3, 2013 3:47 AM | At local FedEx facility | SAO PAULO BR | |
| Apr 2, 2013 4:36 AM | At local FedEx facility | SAO PAULO BR | |
| Mar 29, 2013 3:09 AM | Delivery exception | SAO PAULO BR | Business closed - No delivery attempt |
| Mar 29, 2013 2:10 AM | At local FedEx facility | SAO PAULO BR | |
| Mar 28, 2013 4:10 AM | At local FedEx facility | SAO PAULO BR | |
| Mar 27, 2013 4:00 PM | Delivery exception | SAO PAULO BR | Refused by recipient |
| Mar 27, 2013 1:18 PM | On FedEx vehicle for delivery | SAO PAULO BR | |
| Mar 27, 2013 1:35 AM | At local FedEx facility | SAO PAULO BR | |
| Mar 26, 2013 2:07 PM | Delivery exception | SAO PAULO BR | Refused by recipient |
| Mar 26, 2013 7:28 AM | On FedEx vehicle for delivery | SAO PAULO BR | |
| Mar 26, 2013 7:07 AM | At local FedEx facility | SAO PAULO BR | |
| Mar 26, 2013 12:18 AM | In transit | CAMPINAS BR | |
| Mar 26, 2013 12:05 AM | International shipment release - Import | CAMPINAS BR | |
| Mar 25, 2013 8:55 PM | In transit | CAMPINAS BR | Package available for clearance |
| Mar 25, 2013 5:03 PM | In transit | CAMPINAS BR | |
| Mar 25, 2013 2:14 PM | At destination sort facility | CAMPINAS BR | |
| Mar 25, 2013 3:29 AM | Departed FedEx location | MEMPHIS, TN | |
| Mar 24, 2013 6:34 PM | In transit | MEMPHIS, TN | |
| Mar 23, 2013 2:45 AM | International shipment release - Export | MEMPHIS, TN | |
| Mar 23, 2013 2:45 AM | In transit | MEMPHIS, TN | |
| Mar 23, 2013 1:07 AM | Arrived at FedEx location | MEMPHIS, TN | |
| Mar 22, 2013 11:32 PM | Departed FedEx location | NEWARK, NJ | |
| Mar 22, 2013 10:10 PM | Arrived at FedEx location | NEWARK, NJ | |
| Mar 22, 2013 9:40 PM | Left FedEx origin facility | NEW YORK, NY | |
| Mar 22, 2013 8:10 PM | Picked up | NEW YORK, NY | |
| Mar 22, 2013 6:46 PM | Shipment information sent to FedEx | | |