Daniel M. Perry (DP 6966)
MILBANK, TWEED, HADLEY & McCLOY LLP
One Chase Manhattan Plaza
New York, New York 10005-1413
Telephone: (212) 530-5000
Facsimile: (212) 822-5219

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

———————————————————————
)
CIMC RAFFLES OFFSHORE (SINGAPORE)   )
LIMITED AND YANTAI CIMC RAFFLES   )
OFFSHORE LIMITED,   )
)                  No. 13 Civ. 0052 (JSR)
                 Petitioners,   )                       ECF Case
)
          v.   )
)
SHAHIN HOLDINGS S.A., SHAHIN   )
ENGENHARIA S.A., SEA BISCUIT   )
INTERNATIONAL INC., BLACK GOLD   )
DRILLING LLC, BAERFIELD DRILLING   )
LLC AND SORATU DRILLING LLC,   )
)
                 Respondents.   )
———————————————————————)

<u>**NOTICE OF APPEARANCE**</u>

PLEASE TAKE NOTICE that Daniel M. Perry of Milbank, Tweed, Hadley & McCloy

LLP, hereby appears in the above-captioned action as counsel for Interested Party, Portigon AG,

Administrative Agent for the following senior secured lenders: Banco Bilbao Vizcaya

Argentaria, S.A., New York Branch; Banco Itaú Europa, S.A. – Sucursal Financeira Exterior

(Madeira); Bayerische Hypo- und Vereinsbank AG; Caterpillar Financial Services Corporation;

China Development Bank Corporation; Crédit Industriel Et Commercial, New York Branch;

Dexia Crédit Local, New York Branch; HSH Nordbank AG; International Finance Corporation;

Intesa Sanpaolo, S.p.A, New York Branch; KfW IPEX-Bank GmbH; Mitsubishi UFJ Lease &

Finance (USA) Inc.; Mizuho Corporate Bank, Ltd.; Nomura Bank International plc; Nordkap

Bank AG; Shinhan Bank, New York Branch; Standard Chartered Bank; WestLB AG, New York

Branch.  Milbank requests electronic notification of all filings in the above-captioned action and

that all other papers be sent to the address set forth below:


Daniel M. Perry
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005-1413
Telephone: (212) 530-5083
Facsimile: (212) 822-5083
Email: dperry@milbank.com


Dated: April 11, 2013
        New York, New York


**MILBANK, TWEED, HADLEY & McCLOY LLP**


By:   /s/ Daniel M. Perry
        Daniel M. Perry (dperry@milbank.com)
        One Chase Manhattan Plaza
        New York, NY 10005
        Telephone: (212) 530-5000
        Facsimile:  (212) 822-5219

        *Attorneys for Portigon AG, Administrative Agent*
        *for the Senior Secured Lenders*