UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

CIMC RAFFLES OFFSHORE (SINGAPORE) LTD. and YANTAI CIMC RAFFLES OFFSHORE LIMITED,

                                Petitioners,

                          v.                         13 Civ. 0052 (JSR)

SCHAHIN HOLDING S.A., SCHAHIN ENGENHARIA S.A., SEA BISCUIT INTERNATIONAL INC., BLACK GOLD DRILLING LLC, BAERFIELD DRILLING LLC AND SORATU DRILLING LLC

                                Respondents.

---------------------------------------------------------------x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Paul S. Hessler, Patrick C. Ashby and Thomas G. Haskins, Jr., of the law firm Linklaters LLP, 1345 Avenue of the Americas, New York, New York 10105, will be appearing to represent Respondents Black Gold Drilling LLC, Baerfield Drilling LLC and Soratu Drilling LLC in the above-captioned matter.

Dated:   New York, New York
         April 16, 2013

                                          Respectfully submitted,

                                          Linklaters LLP

                                          By:   /s/ Paul S. Hessler
                                          Paul S. Hessler
                                          Patrick C. Ashby
                                          Thomas G. Haskins, Jr.
                                          1345 Avenue of the Americas,
                                          New York, NY 10105
                                          Telephone:  (212) 903-9000
                                          Facsimile:  (212) 903-9100

                                          *Attorney for Respondents Black Gold Drilling LLC, Baerfield Drilling LLC, and Soratu Drilling LLC*