William J.F. Roll, III (WR 8996)
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY  10022-6069
Telephone: (212) 848-4260
Facsimile:  (646) 848-4260

*Attorneys for Interested Party MS Drillship I S.A.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CIMC RAFFLES OFFSHORE (SINGAPORE) LIMITED AND YANTAI CIMC RAFFLES OFFSHORE LIMITED,<br><br>                              Petitioners,<br><br>     v.<br><br>SCHAHIN HOLDINGS S.A., SCHAHIN ENGENHARIA S.A., SEA BISCUIT INTERNATIONAL INC., BLACK GOLD DRILLING LLC, BAERFIELD DRILLING LLC AND SORATU DRILLING LLC,<br><br>                              Respondents. | No. 13 Civ. 0052 (JSR)<br>ECF Case |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that William J.F. Roll, III of Shearman & Sterling LLP hereby appears in the above-captioned action as counsel for Interested Party MS Drillship I S.A., a wholly-owned subsidiary of Mitsubishi Corporation ("Mitsubishi").  Mitsubishi is a subordinated secured lender with a second-priority security interest in the Project Accounts at issue in the action and with a first-priority security interest in other project accounts subject to the Restraining Notice.  Mitsubishi intends to file, in advance of the hearing currently scheduled for Thursday, April 18, 2013 at 4:00 pm, a Joinder in the motion of Portigon AG, as

Administrative Agent for the Senior Lenders, for Relief from Petitioners' Enforcement Actions and in Partial Opposition to Petitioners' Motion for Post-Judgment Enforcement Pursuant to Fed. R. Civ. P. 69.

Mitsubishi requests electronic notification of all filings in the above-captioned action and that all other papers be sent to the address set forth below:

>William J.F. Roll, III
>Shearman & Sterling LLP
>599 Lexington Avenue
>New York, NY 10022
>Telephone: (212) 848-4260
>Facsimile:  (646) 848-4260
>Email: wroll@shearman.com

Dated: New York, New York
April 16, 2013

SHEARMAN & STERLING LLP

By:   /s/ William J.F. Roll, III

599 Lexington Avenue
New York, NY  10022-6069
Telephone: (212) 848.4260
Facsimile:  (646) 848.4260

*Attorneys for Interested Party MS Drillship I S.A.*

2