William J.F. Roll, III (WR 8996)
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY  10022-6069
Telephone: (212) 848-4260
Facsimile:  (646) 848-4260

*Attorneys for Interested Party MS Drillship I S.A.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CIMC RAFFLES OFFSHORE (SINGAPORE) LIMITED AND YANTAI CIMC RAFFLES OFFSHORE LIMITED,<br><br>                                            Petitioners,<br><br>      v.<br><br>SCHAHIN HOLDINGS S.A., SCHAHIN ENGENHARIA S.A., SEA BISCUIT INTERNATIONAL INC., BLACK GOLD DRILLING LLC, BAERFIELD DRILLING LLC AND SORATU DRILLING LLC,<br><br>                                            Respondents. | No. 13 Civ. 0052 (JSR)<br>ECF Case |

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Interested Party MS Drillship I S.A. hereby states that its parent company is Mitsubishi Corporation, of which it is a wholly-owned subsidiary, and that no other publicly-held corporation owns 10 percent or more of its stock.

|  |  |
|---|---|
| Dated: New York, New York<br>April 16, 2013 | SHEARMAN & STERLING LLP<br><br>By:  /s/ William J.F. Roll, III<br><br>599 Lexington Avenue<br>New York, NY  10022-6069<br>Telephone: (212) 848.4260<br>Facsimile:  (646) 848.4260<br><br>*Attorneys for Interested Party MS Drillship I S.A.* |