UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

CIMC RAFFLES OFFSHORE (SINGAPORE) LTD. and YANTAI CIMC RAFFLES OFFSHORE LIMITED,

                         Petitioners,

            v.

SCHAHIN HOLDING S.A., SCHAHIN ENGENHARIA S.A., SEA BISCUIT INTERNATIONAL INC., BLACK GOLD DRILLING LLC, BAERFIELD DRILLING LLC and SORATU DRILLING LLC,

                         Respondents.

13 Civ. 0052 (JSR)

**ECF CASE**
**Electronically Filed**

---------------------------------------------------------------x

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Respondents Black Gold Drilling LLC ("Black Gold"), Baerfield Drilling LLC (BDL), and Soratu Drilling LLC (SDL) make the following disclosures:

Respondents BDL and SDL are wholly-owned subsidiaries of Black Gold. Respondent Black Gold is a wholly-owned subsidiary of Sea Biscuit International Inc, which is a wholly-owned subsidiary of Schahin Oil & Gas Ltd.

Dated:    New York, New York
          April 16, 2013

                                Respectfully submitted,

                                Linklaters LLP

                                By:   /s/ Paul S. Hessler
                                Paul S. Hessler
                                Patrick C. Ashby
                                Thomas G. Haskins, Jr.
                                1345 Avenue of the Americas,
                                New York, NY 10105
                                (212) 903-9000
                                (212) 903-9100 (fax)

                                *Attorneys for Black Gold Drilling LLC,*
                                *Baerfield Drilling LLC, Soratu Drilling LLC*