## CERTIFICATE OF SERVICE

I, Paul S. Hessler, an attorney duly admitted to practice law before this Court, certify under penalty of perjury that on April 16, 2013, I caused to be served a true and correct copy of the Opposition Of Black Gold, BDL, And SDL To Petitioners' Motion For Post-Judgment Enforcement Pursuant To Fed. R. Civ. P. 69 And Statement In Support Of Portigon AG's Motion For Relief From Petitioners' Enforcement Actions, and accompanying papers, via the Court's ECF system upon all counsel registered for ECF in this case.

Dated:      New York, New York
            April 16, 2013


                                       /s/ Paul S. Hessler
                                       Paul S. Hessler