IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CIMC RAFFLES OFFSHORE (SINGAPORE) LIMITED AND YANTAI CIMC RAFFLES OFFSHORE LIMITED,<br><br>Petitioners,<br><br>v.<br><br>SCHAHIN HOLDING S.A., SCHAHIN ENGENHARIA S.A., SEA BISCUIT INTERNATIONAL INC., BLACK GOLD DRILLING LLC, BAERFIELD DRILLING LLC AND SORATU DRILLING LLC,<br><br>Respondents. | 13 Civ. 0052 (JSR)<br>ECF Case |

## APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that Joseph P. Moodhe of Debevoise & Plimpton LLP hereby appears on behalf of Petitioners CIMC Raffles Offshore (Singapore) Limited and Yantai CIMC Raffles Offshore Limited in the above captioned case.

Dated: New York, New York
April 17, 2012

DEBEVOISE & PLIMPTON LLP

By: /s/ Joseph M. Moodhe
Joseph M. Moodhe
919 Third Avenue
New York, New York  10022
(212) 909-6241
jpmoodhe@debevoise.com

*Co-counsel for CIMC Raffles Offshore (Singapore) Limited & Yantai CIMC Raffles Offshore Limited*

TO:

LINKLATERS LLP
1345 Avenue of the Americas
New York, NY 10105

*Attorneys for Black Gold Drilling LLC, Baerfield Drilling LLC, and Soratu Drilling LLC*

MILBANK, TWEED, HADLEY & McCLOY LLP
One Chase Manhattan Plaza
New York, NY 10005-1413

*Attorneys for Portigon AG, Administrative Agent for the Senior Secured Lenders*

SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022

*Attorneys for Interested Party MS Drillship I S.A.*