**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

CIMC RAFFLES OFFSHORE (SINGAPORE) )
LIMITED AND YANTAI CIMC RAFFLES )
OFFSHORE LIMITED, )
)
                Petitioners, )
v. )
)
SHAHIN HOLDINGS S.A., SHAHIN )
ENGENHARIA S.A., SEA BISCUIT )
INTERNATIONAL INC., BLACK GOLD )
DRILLING LLC, BAERFIELD DRILLING )
LLC AND SORATU DRILLING LLC, )
)
                Respondents. )
_____)

No. 13 Civ. 0052 (JSR)
ECF Case

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for

Portigon AG, New York Branch certifies as follows:

1. Portigon AG, New York Branch is a branch of Portigon AG.  Portigon AG does

   not have a parent company.

2. No publicly held corporation owns 10% or more of Portigon AG, New York

   Branch or Portigon AG's stock.

Dated: April 17, 2013
      New York, New York

                **MILBANK, TWEED, HADLEY & McCLOY LLP**

                By:   /s/ Daniel M. Perry
                      Daniel M. Perry (dperry@milbank.com)
                      One Chase Manhattan Plaza
                      New York, NY 10005
                      Telephone: (212) 530-5000
                      Facsimile:  (212) 822-5219
                      *Attorney for Portigon AG, New York Branch,*
                      *Administrative Agent for the Senior Secured*
                      *Lenders*