IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CIMC RAFFLES OFFSHORE (SINGAPORE) LIMITED AND YANTAI CIMC RAFFLES OFFSHORE LIMITED,<br><br>Petitioners,<br><br>v.<br><br>SCHAHIN HOLDING S.A., SCHAHIN ENGENHARIA S.A., SEA BISCUIT INTERNATIONAL INC., BLACK GOLD DRILLING LLC, BAERFIELD DRILLING LLC AND SORATU DRILLING LLC,<br><br>Respondents. | 13 Civ. 0052 (JSR)<br>ECF Case |

## ORDER

Whereas, on December 26, 2012, an arbitral tribunal rendered a final arbitration award ("Award") in favor of Petitioners CIMC Raffles Offshore (Singapore) Limited and Yantai CIMC Raffles Offshore Limited (collectively, "CIMC Raffles") and against Respondents.

Whereas, on January 2, 2013, CIMC Raffles filed a petition ("Petition") to confirm the Award and enter it as judgment.

Whereas, on March 15, 2013, Respondents Schahin Holding S.A. ("Schahin Holding"), Schahin Engenharia S.A. ("Schahin Engenharia") and Sea Biscuit International Inc. ("Sea Biscuit") were properly served with the Petition and a Summons.

Whereas, on April 5, 2013, Respondents Schahin Holding, Schahin Engenharia, and Sea Biscuit failed to respond to the Petition and therefore do not oppose the Petition.

1

Whereas, CIMC Raffles has sufficiently supported the Petition and demonstrated that there is no question of material fact.

Whereas, without justification, Schahin Holding, Schahin Engenharia, and Sea Biscuit refused to abide by the arbitral tribunal's Award.

THEREFORE the Clerk of the Court is directed, with respect to Respondents Schahin Holding, Schahin Engenharia, and Sea Biscuit only, to:

    a.    Confirm the Award issued by the Arbitral Tribunal;

    b.    Enter final judgment on the Award in the amount of US$69,470,777.41 in favor of Petitioners and against Schahin Holding, Schahin Engenharia, and Sea Biscuit, jointly and severally;

    c.    Enter final judgment on the Award for post-award, pre-judgment interest of US $1,832,885.54 for the amount described in paragraph b;

    d.    Enter final judgment on the Award in the amount of US$13,206.28 in favor of Petitioners and against Schahin Holding, Schahin Engenharia, and Sea Biscuit, jointly and severally;

    e.    Grant Petitioners their costs of this application of US$350.00;

    f.    Grant Petitioners their attorney's fees and costs of US$69,582.68; and

    g.    Grant Petitioners post-judgment interest on all amounts owed running from entry of judgment until payment in full, pursuant to 28 U.S.C. § 1961.

SO ORDERED:

Dated: New York, NY
April 21, 2013

                                              JED S. RAKOFF, U.S.D.J.