UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CIMC RAFFLES OFFSHORE (SINGAPORE)
LIMITED AND YANTAI CIMC RAFFLES
OFFSHORE LIMITED,

      Petitioners,

-against-

SCHAHIN HOLDINGS S.A., SCHAHIN
ENGENHARJA S.A. SEA BISCUIT
INTERNATIONAL INC., BLACK GOLD
DRILLING LLC, BAERFIELD DRILLING
LLC AND SORATU DRILLING LLC,
      Respondents.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/24/13

13 **CIVIL** 0052 (JSR)

**JUDGMENT**

# 13, 0808

  Whereas the above-captioned action having come before this Court, and the matter having come before the Honorable Jed S. Rakoff, United States District Judge, and the Court, on April 21, 2013, having rendered its Order directing the Clerk of the Court, with respect to Respondents Schahin Holding, Schahin Engenharia, and Sea Biscuit only, to: (1) Confirm the Award issued by the Arbitral Tribunal; (2) Enter final judgment on the Award in the amount of US $69,470,777.41 in favor of Petitioners and against Schahin Holding, Schahin Engenharia, and Sea Biscuit, jointly and severally; (3) Enter final judgment on the Award for post-award, pre-judgment interest of US $1,832,885.54 for the amount described in paragraph b; (4) Enter final judgment on the Award in the amount of US $13,206.28 in favor of Petitioners and against Schahin Holding, Schahin Engenharia, and Sea Biscuit, jointly and severally; (5) Grant Petitioners their costs of this application of US $ 350.00; (6) Grant Petitioners their attorney's fees and costs of US $ 69,582.68; and (6) Grant Petitioners post-judgment interest on all amounts owed running from entry of judgment until payments in full, pursuant to 28 U.S.C. 1961, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 21, 2013, Final Judgment, with respect to Respondents Schahin Holding, Schahin Engenharia, and Sea Biscuit only is entered on the Award as follows: (1) The Award issued by the Arbitral Tribunal is confirmed; (2) Final judgment is entered on the Award in the amount of US $69,470,777.41 in favor of Petitioners and against Schahin Holding, Schahin Engenharia, and Sea Biscuit, jointly and severally; (3) Final judgment is entered on the Award for post-award, pre-judgment interest of US $1,832,885.54 for the amount described in paragraph b; (4) Final judgment is entered on the Award in the amount of US $13,206.28 in favor of Petitioners and against Schahin Holding, Schahin Engenharia, and Sea Biscuit, jointly and severally; (5) Petitioners are granted their costs of this application of US $ 350.00; (6) Petitioners are granted their attorney's fees and costs of US $ 69,582.68; and (6) Petitioners are granted post-judgment interest on all amounts owed running from entry of judgment until payments in full, pursuant to 28 U.S.C. 1961.

**Dated:** New York, New York
April 24, 2013

**RUBY J. KRAJICK**

**Clerk of Court**

BY: _____

**Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____