UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------
CIMC Raffles Offshore
(Singapore) Limited, et. al.        Plaintiff,

Case No. 1:13-cv-00052-JSR

-against-

Schahin Holding S.A., et al.        Defendant.
------------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending            [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Dan J. Schulman**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: ds0222        My State Bar Number is 2034692

I am,
[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Salans LLP
            FIRM ADDRESS: 620 Fifth Avenue
            FIRM TELEPHONE NUMBER: (212) 632-8036
            FIRM FAX NUMBER: (212) 632-5555

NEW FIRM:   FIRM NAME: Schulman Blackwell LLP
            FIRM ADDRESS: 11 Broadway
            FIRM TELEPHONE NUMBER: (646) 688-5214
            FIRM FAX NUMBER: (646) 304-1117

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: 04/29/2013

_____
ATTORNEY'S SIGNATURE