IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CIMC RAFFLES OFFSHORE (SINGAPORE) LIMITED AND YANTAI CIMC RAFFLES OFFSHORE LIMITED,<br><br>   Petitioners,<br><br>   v.<br><br>SCHAHIN HOLDING S.A., SCHAHIN ENGENHARIA S.A., SEA BISCUIT INTERNATIONAL INC., BLACK GOLD DRILLING LLC, BAERFIELD DRILLING LLC AND SORATU DRILLING LLC,<br><br>   Respondents. | 13 Civ. 0052 (JSR)<br>ECF Case |



## STIPULATION AND [PROPOSED] ORDER

WHEREAS, petitioners filed their Petition to Confirm a Foreign Arbitration Award and for an Entry of Judgment under the names CIMC Raffles Offshore (Singapore) Limited and Yantai CIMC Raffles Offshore Limited;

WHEREAS, first petitioner's name has since changed from CIMC Raffles Offshore (Singapore) Limited to CIMC Raffles Offshore (Singapore) Pte. Ltd.;

IT IS HEREBY STIPULATED AND AGREED by and between all parties to this action that have entered a notice of appearance, through their undersigned counsel that,

1. The caption of the action is hereby amended to change the name of the first petitioner from CIMC Raffles Offshore (Singapore) Limited to CIMC Raffles Offshore (Singapore) Pte. Ltd..

Dated: New York, New York

1

April 27 2013

SCHULMAN BLACKWELL LLP

By /s/ Dan J. Schulman
Dan J. Schulman
Christopher A. Blackwell
11 Broadway, Suite 615
New York, New York 10004

*Co-counsel for Petitioners*

LINKLATERS LLP

By /s/
Paul Hessler
Patrick C. Ashby
Thomas G. Haskins, Jr.
1345 Avenue of the Americas
New York, NY 10105

*Attorneys for Black Gold Drilling LLC, Baerfield Drilling LLC, and Soratu Drilling LLC*

SHEARMAN & STERLING LLP

By
William J.F. Roll, III
599 Lexington Avenue
New York, NY 10022

*Attorneys for Interested Party MS Drillship I S.A.*

DEBEVOISE & PLIMPTON LLP

By /s/
David W. Rivkin
Joseph P. Moodhe
Nwamaka G. Ejebe
919 Third Avenue
New York, NY 10022

*Co-counsel for Petitioners*

MILBANK, TWEED, HADLEY & McCLOY LLP

By
Daniel M. Perry
Rachel Penski Fissell
Hailey D. DeKraker
One Chase Manhattan Plaza
New York, NY 10005-1413

*Attorneys for Portigon AG, Administrative Agent for the Senior Secured Lenders*

SO ORDERED:

Dated: New York, NY
       April 30 2013

/s/ Jed S. Rakoff
JED S. RAKOFF, U.S.D.J.

2

April __, 2013

| SCHULMAN BLACKWELL LLP | DEBEVOISE & PLIMPTON LLP |
|---|---|
| By_____<br>Dan J. Schulman<br>Christopher A. Blackwell<br>11 Broadway, Suite 615<br>New York, New York 10004 | By_____<br>David W. Rivkin<br>Joseph P. Moodhe<br>Nwamaka G. Ejebe<br>919 Third Avenue<br>New York, NY 10022 |
| *Co-counsel for Petitioners* | *Co-counsel for Petitioners* |

| LINKLATERS LLP | MILBANK, TWEED, HADLEY & McCLOY LLP |
|---|---|
| By_____<br>Paul Hessler<br>Patrick C. Ashby<br>Thomas G. Haskins, Jr.<br>1345 Avenue of the Americas<br>New York, NY 10105 | By /s/ Daniel M. Perry<br>Daniel M. Perry<br>Rachel Penski Fissell<br>Hailey D. DeKraker<br>One Chase Manhattan Plaza<br>New York, NY 10005-1413 |
| *Attorneys for Black Gold Drilling LLC, Baerfield Drilling LLC, and Soratu Drilling LLC* | *Attorneys for Portigon AG, Administrative Agent for the Senior Secured Lenders* |

SHEARMAN & STERLING LLP

By_____
William J.F. Roll, III
599 Lexington Avenue
New York, NY 10022

*Attorneys for Interested Party MS Drillship I S.A.*

SO ORDERED:

Dated: New York, NY
       April __ 2013                    _____
                                        JED S. RAKOFF, U.S.D.J.

2

April 29 2013

| | |
|---|---|
| SCHULMAN BLACKWELL LLP | DEBEVOISE & PLIMPTON LLP |
| By_____ <br> Dan J. Schulman <br> Christopher A. Blackwell <br> 11 Broadway, Suite 615 <br> New York, New York 10004 | By_____ <br> David W. Rivkin <br> Joseph P. Moodhe <br> Nwamaka G. Ejebe <br> 919 Third Avenue <br> New York, NY 10022 |
| *Co-counsel for Petitioners* | *Co-counsel for Petitioners* |
| LINKLATERS LLP | MILBANK, TWEED, HADLEY & McCLOY LLP |
| By_____ <br> Paul Hessler <br> Patrick C. Ashby <br> Thomas G. Haskins, Jr. <br> 1345 Avenue of the Americas <br> New York, NY 10105 | By_____ <br> Daniel M. Perry <br> Rachel Penski Fissell <br> Hailey D. DeKraker <br> One Chase Manhattan Plaza <br> New York, NY 10005-1413 |
| *Attorneys for Black Gold Drilling LLC, Baerfield Drilling LLC, and Soratu Drilling LLC* | *Attorneys for Portigon AG, Administrative Agent for the Senior Secured Lenders* |

SHEARMAN & STERLING LLP

By_____
William J.F. Roll, III
599 Lexington Avenue
New York, NY 10022

*Attorneys for Interested Party MS Drillship I S.A.*

SO ORDERED:

Dated: New York, NY
       April __ 2013                    _____
                                        JED S. RAKOFF, U.S.D.J.