**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **CIMC RAFFLES OFFSHORE (SINGAPORE) PTE. LTD. AND YANTAI CIMC RAFFLES OFFSHORE LIMITED,**<br><br>    **Petitioners,**<br><br>    **v.**<br><br>**SCHAHIN HOLDING S.A., SCHAHIN ENGENHARIA S.A., SEA BISCUIT INTERNATIONAL INC., BLACK GOLD DRILLING LLC, BAERFIELD DRILLING LLC AND SORATU DRILLING LLC,**<br><br>    **Respondents.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 13 Civ. 0052 (JSR)<br><br>ECF Case |

## AMENDED DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of this Court to evaluate possible disqualification or recusal, the undersigned counsel certifies with respect to CIMC Raffles Offshore (Singapore) Pte. Ltd., a private non-governmental party, its corporate parent is China International Marine Containers (Group) Co. Ltd, and the following publicly held corporation holds 10% or more of CIMC Raffles Offshore (Singapore) Pte. Ltd.'s stock:  China International Marine Containers (Group) Co. Ltd.

Dated: New York, New York
       May 14, 2013

                              Respectfully submitted,
                              DEBEVOISE & PLIMPTON LLP

                              By:      /s/ Joseph P. Moodhe
                                   Joseph P. Moodhe
                                   jpmoodhe@debevoise.com
                                   919 Third Avenue
                                   New York, NY 10022
                                   (212) 909-6241

                                   *Co-counsel for Petitioners*