IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CIMC RAFFLES OFFSHORE (SINGAPORE) PTE. LTD. AND YANTAI CIMC RAFFLES OFFSHORE LIMITED,<br><br>　　Petitioners,<br><br>　　v.<br><br>SCHAHIN HOLDING S.A., SCHAHIN ENGENHARIA S.A., SEA BISCUIT INTERNATIONAL INC., BLACK GOLD DRILLING LLC, BAERFIELD DRILLING LLC AND SORATU DRILLING LLC,<br><br>　　Respondents. | 13 Civ. 0052 (JSR)<br><br>ECF Case |

**AMENDED DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of this Court to evaluate possible disqualification or recusal, the undersigned counsel certifies with respect to Yantai CIMC Raffles Offshore Limited, a private non-governmental party, and its corporate parents is CIMC Raffles Offshore (Singapore) Pte. Ltd. CIMC Raffles Offshore (Singapore) Pte. Ltd. is a subsidiary of China International Marine Containers (Group) Co. Ltd and the following publicly held corporation holds 10% or more of CIMC Raffles Offshore (Singapore) Pte. Ltd. stock's: China International Marine Containers (Group) Co. Ltd.

Dated: New York, New York
May 14, 2013

    Respectfully submitted,
    DEBEVOISE & PLIMPTON LLP

    By: /s/ Joseph P. Moodhe
        Joseph P. Moodhe
        jpmoodhe@debevoise.com
        919 Third Avenue
        New York, NY 10022
        (212) 909-6241

    *Co-counsel for Petitioners*