William J.F. Roll, III (WR 8996)
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY  10022-6069
Telephone: (212) 848-4260
Facsimile:  (646) 848-4260

*Attorneys for Interested Party MS Drillship I S.A.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CIMC RAFFLES OFFSHORE (SINGAPORE) LIMITED AND YANTAI CIMC RAFFLES OFFSHORE LIMITED,<br><br>                                        Petitioners,<br><br>    v.<br><br>SCHAHIN HOLDINGS S.A., SCHAHIN ENGENHARIA S.A., SEA BISCUIT INTERNATIONAL INC., BLACK GOLD DRILLING LLC, BAERFIELD DRILLING LLC AND SORATU DRILLING LLC,<br><br>                                        Respondents. | No. 13 Civ. 0052 (JSR)<br>ECF Case |

**JOINDER OF INTERESTED PARTY MS DRILLSHIP I S.A. IN INTERESTED PARTY PORTIGON AG'S LIMITED OPPOSITION TO CIMC RAFFLES' SECOND MOTION FOR POST-JUDGMENT ENFORCEMENT AGAINST SCHAHIN HOLDING AND SCHAHIN ENGENHARIA AND IN ITS <u>PARTIAL JOINDER TO RESPONDENTS' OPPOSITION</u>**

Interested Party MS Drillship I S.A., a wholly-owned subsidiary of Mitsubishi Corporation ("Mitsubishi"), hereby joins in the Limited Opposition to CIMC Raffles' Second Motion for Post-Judgment Enforcement Against Schahin Holding and Schahin Engenharia

NYDOCS04/558123.1                                           1

and in the Partial Joinder to Respondents' Opposition filed by Interested Party Portigon AG,

New York Branch, in its capacity as Administrative Agent for a group of Senior Lenders.

Dated: New York, New York
      May 16, 2013

SHEARMAN & STERLING LLP

By:  /s/ William J.F. Roll, III

599 Lexington Avenue
New York, NY  10022-6069
Telephone: (212) 848.4260
Facsimile:  (646) 848.4260

*Attorneys for Interested Party MS Drillship I S.A.*