UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

CIMC RAFFLES OFFSHORE (SINGAPORE) PTE. LTD. and YANTAI CIMC RAFFLES OFFSHORE LTD.,

                Plaintiffs,

      v.                               13 Civ. 0052 (JSR)

SCHAHIN HOLDING S.A., SCHAHIN ENGENHARIA S.A., SEA BISCUIT INTERNATIONAL INC., BLACK GOLD DRILLING LLC, BAERFIELD DRILLING LLC and SORATU DRILLING LLC,

                Defendants.

------------------------------------------------------------x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Paul S. Hessler and Patrick C. Ashby, of Linklaters LLP, 1345 Avenue of the Americas, New York, New York 10105, hereby appear to represent Defendant Schahin Engenharia S.A. in the above-captioned matter. Schahin Engenharia S.A. is not subject to general personal jurisdiction in the State of New York and appears solely in and for the purposes of this action.

Dated: New York, New York
July 18, 2013

Respectfully submitted,

Linklaters LLP

By: /s/ Paul S. Hessler
Paul S. Hessler
Patrick C. Ashby
1345 Avenue of the Americas
New York, NY 10105
(212) 903-9000
(212) 903-9100 (fax)

*Attorneys for Defendants Black Gold Drilling LLC, Baerfield Drilling LLC, Soratu Drilling LLC, and Schahin Engenharia S.A.*