UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

CIMC RAFFLES OFFSHORE (SINGAPORE) PTE. LTD. and YANTAI CIMC RAFFLES OFFSHORE LTD.,

                      Plaintiffs,

        v.

SCHAHIN HOLDING S.A., SCHAHIN ENGENHARIA S.A., SEA BISCUIT INTERNATIONAL INC., BLACK GOLD DRILLING LLC, BAERFIELD DRILLING LLC and SORATU DRILLING LLC,

                      Defendants.

13 Civ. 0052 (JSR)

---------------------------------------------------------x

**JOINDER OF DEFENDANT SCHAHIN ENGENHARIA S.A. IN PROPOSED ORDER OF DEFENDANTS BLACK GOLD DRILLING LLC, BAERFIELD DRILLING LLC, AND SORATU DRILLING LLC CLARIFYING RESTRAINING NOTICES AND WRITS OF <u>EXECUTION SERVED BY PLAINTIFFS ON THIRD-PARTIES</u>**

      Defendant Schahin Engenharia S.A. ("Schahin Engenharia") hereby joins in the Proposed Order, filed by Defendants Black Gold Drilling LLC, Baerfield Drilling LLC, and Soratu Drilling LLC, Clarifying Restraining Notices and Writs of Execution Served by Plaintiffs on Third-Parties.  Schahin Engenharia is the operator of the vessels owned by Defendants Baerfield Drilling LLC (S.S. Amazonia) and Soratu Drilling LLC (S.S. Pantanal), and by non-judgment debtor Turasoria S.A. LLC (S.C. Lancer), and leased by non-judgment debtor Deep Black LLP (Vitoria 10,000).  Schahin Engenharia has entered into service agreements with Petróleo Brasileiro, S.A. – Petrobras to operate these vessels, the proceeds of which are pledged to the respective lenders.

Dated:   New York, New York
         July 18, 2013

                                                    Respectfully submitted,

                                                    Linklaters LLP

                                                    By:   /s/ Paul S. Hessler
                                                  Paul S. Hessler
                                                  Patrick C. Ashby
                                                  1345 Avenue of the Americas
                                                  New York, NY 10105
                                                  (212) 903-9000
                                                  (212) 903-9100 (fax)

                                                  *Attorneys for Defendants Black Gold Drilling LLC, Baerfield Drilling LLC, Soratu Drilling LLC, and Schahin Engenharia S.A.*