UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CIMC RAFFLES OFFSHORE (SINGAPORE) PTE.
LTD., and YANTAI CIMC RAFFLES OFFSHORE
LTD.,

                            Petitioners,

                          v.

SCHAHIN HOLDING S.A., SCHAHIN
ENGENHARIA S.A., SEA BISCUIT
INTERNATIONAL INC., BLACK GOLD
DRILLING LLC, BAERFIELD DRILLING LLC,
and SORATU DRILLING LLC,

                            Respondents.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

13 Civ. 0052 (JSR)

## STIPULATION AND ORDER

**WHEREAS**, on August 6, 2013, this Court ordered (the "August 6 Order") that Respondents Black Gold Drilling LLC, Baerfield Drilling LLC, Soratu Drilling LLC, Schahin Engenharia S.A., and Schahin Holding S.A. (collectively, "Respondents") bring into New York and turn over to Petitioners CIMC Raffles Offshore (Singapore) Ptd. Ltd., and Yantai CIMC Raffles Offshore Ltd. (collectively, "Petitioners") funds sufficient to satisfy the approximately $69 million judgment issued against them on March 11, 2013 and April 22, 2013 (the "Judgment"), respectively;

**WHEREAS**, Respondents and Petitioners are engaged in advanced settlement discussions to settle the above-captioned proceeding as well as two related proceedings, *CIMC Raffles Offshore (Singapore) Pte. Ltd. et al. v. Baerfield Drilling L.L.C.*, 13 Civ. 4932 (S.D.N.Y.) and *CIMC Raffles Offshore (Singapore) Pte. Ltd. et al. v. Soratu Drilling L.L.C.*, 13 Civ. 4933 (S.D.N.Y.);

**NOW, THEREFORE,** the undersigned parties request that this Court modify its August 6 Order, only insofar as it directs Respondents to turn over to Petitioners amounts sufficient to satisfy the Judgment by August 20, 2013, and extend the deadline for such a turnover to August 23, 2013.

SO STIPULATED AND AGREED.

Dated: August 20, 2013

DEBEVOISE & PLIMPTON LLP

By: _____
Joseph P. Moodhe
David W. Rivkin
Nwamaka G. Ejebe
919 Third Avenue
New York, NY 10022
(212) 909-6000
*Co-counsel for CIMC Raffles Offshore (Singapore) Pte. Ltd. and Yantai CIMC Raffles Offshore Ltd.*

LINKLATERS LLP

By: _____
Paul S. Hessler
Patrick C. Ashby
1345 Avenue of the Americas
New York, NY 10105
(212) 903-9000

*Counsel for Black Gold Drilling LLC, Baerfield Drilling LLC, Soratu Drilling LLC, and Schahin Engenharia S.A.*

Co-Counsel:
SCHULMAN BLACKWELL LLP
Dan J. Schulman
Deric Gerlach
11 Broadway, Suite 615
New York, NY 10004
(646) 688-5214

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, NY
August 20, 2013

2