# EXHIBIT A

Baerfield Drilling LLC
(A Development Stage Company)

Balance Sheets as of December 31, 2011 (DRAFT) and December 31, 2010
In thousands of U.S. dollars

| Assets | DRAFT 12/31/11 | 12/31/10 | Liabilities and quotaholders' equity | DRAFT 12/31/11 | 12/31/10 |
|---|---|---|---|---|---|
| Current assets | | | | | |
| Cash and cash equivalents | | | | | |
| Advances to suppliers | | | | | |
| Restricted deposits | | | | | |
| Prepaid expenses | | | | | |
| Non-current | | | | | |
| Prepaid expenses | | | | | |
| Fixed assets | | | | | |
| Property and equipment | | | | | |
| Total assets | | | | | |

CONFIDENTIAL

SCH_00001478

**Baerfield Drilling LLC**
(A Development Stage Company)

Statements of Income (DRAFT)
In thousands of U.S. dollars

| | DRAFT 12/31/11 | 12/31/10 | Accumulated since inception |
|---|---|---|---|
| Operating expenses | | | |
| Administrative | | | |
| Financial income (expense), net | | | |
| Financial expenses, net | | | |
| Loss for the years | | | |



CONFIDENTIAL

SCH_00001479

Baerfield Drilling LLC
(A Development Stage Company)

Statements of Changes in Quotaholders' Equity (DRAFT)
In thousands of U.S. dollars

| | Number of Quotas | Capital | Additional paid-in capital | Accumulated losses | Total |
|---|---|---|---|---|---|
| At December 31, 2009 | | | | | |
| Additional paid-in capital | | | | | |
| Loss for the year | | | | | |
| At December 31, 2010 | | | | | |
| Additional paid-in capital | | | | | |
| Loss for the year | | | | | |
| At December 31, 2011 (DRAFT) | | | | | |



CONFIDENTIAL

SCH_00001480