UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

CIMC RAFFLES OFFSHORE (SINGAPORE) PTE. LTD. AND YANTAI CIMC RAFFLES OFFSHORE LIMITED,

         Petitioners,

    v.              13 Civ. 0052 (JSR)

SCHAHIN HOLDING S.A., SCHAHIN ENGENHARIA S.A., SEA BISCUIT INTERNATIONAL INC., BLACK GOLD DRILLING LLC, BAERFIELD DRILLING LLC and SORATU DRILLING LLC,

         Respondents.

------------------------------------------------------------x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Paul S. Hessler and Patrick C. Ashby, of Linklaters LLP, 1345 Avenue of the Americas, New York, New York 10105, hereby appear to represent Respondent Schahin Holding S.A. in the above-captioned matter. Schahin Holding S.A. is not subject to personal jurisdiction in the State of New York and appears solely in and for the purposes of this action.

Dated: New York, New York
September 9, 2013

Respectfully submitted,

Linklaters LLP

By: _____
Paul S. Hessler
Patrick C. Ashby
1345 Avenue of the Americas,
New York, NY 10105
(212) 903-9000
(212) 903-9100 (fax)

*Attorneys for Black Gold Drilling LLC, Baerfield Drilling LLC, Soratu Drilling LLC, Schahin Engenharia S.A., and Schahin Holding S.A.*