USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10|31|13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

CIMC RAFFLES OFFSHORE (SINGAPORE) PTE.
LTD. AND YANTAI CIMC RAFFLES OFFSHORE
LIMITED

                          Petitioners,

       -against-

SCHAHIN HOLDING S.A., SCHAHIN
ENGENHARIA S.A., SEA BISCUIT
INTERNATIONAL, INC., BLACK GOLD
DRILLING LLC, BAERFIELD DRILLING LLC,
AND SORATU DRILLING LLC

                          Respondents.

---------------------------------------------------------------- x

13 Civ. 0052 (JSR)

**SATISFACTION OF JUDGMENT**

#13,0558

WHEREAS, a judgment was entered in the above action on the 19th day of March, 2013 in favor of CIMC Raffles Offshore (Singapore) Pte. Ltd. and Yantai CIMC Raffles Offshore Limited and against Black Gold Drilling LLC, Baerfield Drilling LLC, and Soratu Drilling LLC, in the amount of $70,665,938.56 plus interest from the 19th day of March, plus costs and fees in the amount of $69,932.68, and said judgment with interest and costs thereon having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: New York, New York
October 31, 2013

DEBEVOISE & PLIMPTON LLP

By: _____
Joseph P. Moodhe
Nwamaka G. Ejebe
919 Third Avenue
New York, New York 10022
(212) 909-6000

Co-counsel for Petitioners

SCHULMAN BLACKWELL LLP
Dan J. Schulman
Deric Gerlach
11 Broadway, Suite 615
New York, New York 10004
(646) 225-6600

Co-counsel for Petitioners

STATE OF NEW YORK )
                   )  ss.:
COUNTY OF New York )

On the 31 day of October, 2013 before me personally came Debevoise & Plimpton LLP to me known and known to be a member of the firm of Joseph P. Moodhe, attorneys for CIMC Raffles in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that he executed the same.

_____
Notary Public

NANCY A. CRUZ
Notary Public, State of New York
No 01CR6119810
Qualified in Queens County
Certificate Filed in New York County
Commission Expires Dec. 6, 2016